UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 24-CR-20076-HUCK/LOUIS

UNITED STATES OF AMERICA,

v.

MARIELLA GARCIA,

   *Defendant*.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 21], which was entered on April 30, 2024. In the R&R, Magistrate Judge Louis found that Defendant Mariella Garcia freely and voluntarily entered a plea of guilty as to Count I of the indictment, which charges her with making a false statement to a federal agency, in violation of Title 18, United States Code, Section 1001(a)(2).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count I, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis' R&R, no objections have been filed, and the time to file objections has expired. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED AND ADJUDGED that (1) Magistrate Judge Louis' R&R on Change of Plea **[ECF No. 21]** is **ADOPTED and AFFIRMED** in its entirety; (2) the Court accepts Defendant's

plea of guilty, and Defendant is hereby adjudged guilty as to Count I of the Indictment; and (3) a sentencing hearing before the Honorable Paul C. Huck is set for **Thursday, July 11, at 2:00 PM** in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

      **DONE AND ORDERED** in Miami, Florida on May 9, 2024.

                                                  PAUL C. HUCK
                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record